Petition for Writ of Mandamus Denied and Memorandum Opinion filed July
6, 2006








 

Petition
for Writ of Mandamus Denied and Memorandum Opinion filed July 6, 2006.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-06-00521-CV

____________

 

IN RE ANTONIO COX, Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT OF MANDAMUS

 



 

M E M O R
A N D U M   O P I N I O N

On June
8, 2006, relator filed a petition for writ of mandamus in this
court.  See Tex. Gov=t Code Ann. ' 22.221 (Vernon 2004); see also Tex. R. App. P. 52.  In the petition,
relator asked this court to compel the Honorable Debbie Stricklin, presiding
judge of the 180th District Court of Harris County, to rule on his pro se motion
to dismiss the indictment in his criminal case and his pro se motion for
a speedy trial.

Relator has not established that he is entitled to
mandamus relief.  Accordingly, we deny relator=s petition for writ of mandamus. 

 

PER CURIAM

 

Petition Denied and Memorandum
Opinion filed July 6, 2006.

Panel consists of Chief Justice
Hedges, Justice Yates, and Justice Guzman.